# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-19-00736-CV

**Appellants, Glenn Hegar, Comptroller of Public Accounts of the State of Texas; The Office of the Comptroller of Public Accounts of the State of Texas; Ken Paxton, Attorney General of the State of Texas; and The Office of the Attorney General of the State of Texas// Cross-Appellant, Michael D's Restaurant San Antonio Inc.**

**v.**

**Appellee, Michael D's Restaurant San Antonio Inc.// Cross-Appellees, Glenn Hegar, Comptroller of Public Accounts of the State of Texas; The Office of the Comptroller of Public Accounts of the State of Texas; Ken Paxton, Attorney General of the State of Texas; and The Office of the Attorney General of the State of Texas**

---

### FROM THE 53RD DISTRICT COURT OF TRAVIS COUNTY
### NO. D-1-GN-18-005280, THE HONORABLE KARIN CRUMP, JUDGE PRESIDING

---

## M E M O R A N D U M   O P I N I O N

The parties have filed a joint motion to dismiss this appeal, in which they represent that the district court entered an order of dismissal on September 17, 2020, following a nonsuit by Appellee / Cross-Appellant Michael D's Restaurant San Antonio Inc. Based on that dismissal in the court below, the parties have agreed to dismiss this appeal with prejudice to its refiling by either party. In accordance with the parties' motion and agreement, we dismiss this appeal.

_____

Gisela D. Triana, Justice

Before Chief Justice Rose, Justices Baker and Triana

Dismissed on Joint Motion

Filed:   September 23, 2020